91 P.3d 1103

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Harker v. Shamoto | 25615 | 06/02/2004 | Denied | 104 Hawai'i 536, 92 P.3d 1046 |
| Kiehm v. Adams | 25411 | 05/13/2004 | Denied | —— Hawai'i ——, —— P.3d —— |